UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00504-FDW-SCR

| | |
|---|---|
| SEMARIA GASS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EEOC et al, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. Plaintiff filed her complaint in this matter on August 10, 2023. (Doc. No. 1.) The Court denied Plaintiff's initial motion to proceed *in forma pauperis* ("IFP") and gave Plaintiff thirty (30) days from the entry of the Order to pay the filing fee. (Doc. No. 3, p. 3.) Plaintiff was advised this case would be dismissed without further notice, and without prejudice, should Plaintiff fail to comply with the Court's Order. (Id.) On August 29, 2023, Plaintiff filed a Notice of Appeal seeking appeal from the Court's Order denying Plaintiff from proceeding IFP. (Doc. No. 4.) On November 6, 2023, Plaintiff's appeal was dismissed by the Fourth Circuit for failure to prosecute. (Doc. No. 8.) To date, Plaintiff has not paid the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff shall have **thirty (30) days** from entry of this Order to pay the required $402 filing fee. **Failure to pay the filing fee in accordance with this Order will result in this action being dismissed without prejudice and closed without notice.**

IT IS SO ORDERED.

Signed: March 14, 2024

_____
Frank D. Whitney
United States District Judge