UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00504-FDW-SCR

| | |
|---|---|
| SEMARIA GASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| U.S. DEPARTMENT OF EEOC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On August 10, 2023, Plaintiff filed the Complaint and an application seeking to proceed without paying costs. (Doc. Nos. 1, 2). On August 21, 2023, the Court denied Plaintiff's application indicating Plaintiff must pay the filing fee of $402 within thirty (30) days of the Order. (Doc. No. 3.) Plaintiff did not pay the filing fee and instead appealed the denial of her application. (Doc. No. 4.) Ultimately, Plaintiff's appeal was dismissed for failure to prosecute. (Doc. No. 8.) This Court ordered Plaintiff to pay the filing fee within thirty (30) days of March 14, 2024. (Doc. No. 9.) Plaintiff was forewarned that failure to comply with the Order could result in dismissal of Plaintiff's claims without prejudice for failure to prosecute.

Plaintiff did not respond to the Court's order. Plaintiff has failed to remit payment and the time for doing so has long expired.

**IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is respectfully directed to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

Signed: August 27, 2024

Frank D. Whitney
United States District Judge